In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-384 CV


____________________



GREAT TEXAS COUNTY MUTUAL INSURANCE COMPANY, Appellant



V.



MICHAEL RAY CARBAUGH, Appellee






On Appeal from the 356th District Court


Hardin County, Texas


Trial Cause No. 41,886






MEMORANDUM OPINION (1)


 Great Texas County Mutual Insurance Company filed a motion to dismiss this
appeal for mootness. The appellant alleges that a release and satisfaction of judgment has
been filed in the trial court and there is no longer an issue in controversy to appeal. The
Court finds that this motion is voluntarily made by the appellant through its attorney of
record prior to any decision of this Court. Tex. R. App. P. 42.1(a)(1). No other party
filed notice of appeal.

 It is therefore ORDERED that the motion be granted and the appeal is therefore
DISMISSED. Appellate costs are assessed against the appellant.

 PER CURIAM


Opinion Delivered November 6, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.